CHARLES L. MECKENBERG, as Trustee in Bankruptcy of SAM SCHEINBLUM BUILDING CORPORATION, Appellant and Respondent, *v.* T. H. FRASER MORTGAGE CORPORATION, Respondent and Appellant, Impleaded with Another.

(Submitted November 28, 1932; decided December 6, 1932.)

670

*Samuel Okin* for motion.

*Robert P. Orr* opposed.

Motion denied with leave to renew on the argument of the appeal.